IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL DANIELS,<br><br>    Defendant. | *<br>*<br>*<br>*   CR. NO. 03-20160-Ma<br>*<br>*<br>* |

*Filed in Open Court 4-21-05*

### ORDER DISMISSING COUNT 1 OF THE INDICTMENT

Upon the motion of the United States, and for good cause shown, Count 1 of the indictment is hereby **DISMISSED**.

SO ORDERED this 21st day of April, 2005, at Memphis, Tennessee.

_____
The Honorable Samuel H. Mays, Jr.
United States District Judge

APPROVED:

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

FORMMTDC

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 2:03-CR-20160 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
P.O. Box 1024
Covington, TN 38019

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT